UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT D. WHITE,

    Plaintiff,

v.     Case No. 07-14924
    Honorable Patrick J. Duggan

JUDY GREECE,

    Defendant.
_____/

## **JUDGMENT**

Plaintiff initiated this action against Defendant on November 16, 2007. On December 10, 2007, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
Michelle K. Clark, Esq.

Kurt D. White
P.O. Box 247
Willis, MI 48191